**PROPOSED ORDER/COVER SHEET**

**TO:**     **Honorable Virginia K. DeMarchi**          **RE:**    **Dory Frod** _____
          **U.S. Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**                       **Docket No.:**    5:24-cr-0050-EJD-1 _____
          **U.S. Pretrial Services Officer**

**Date:**      **3/9/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales                                        (415) 940-5181
_____          _____

U.S. Pretrial Services Officer                     **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2
____ in person ____ on ___ March 19, 2026 ___ at ____ 1:00 p.m. ____ .

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s):

   1.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____


_Virginia K. DeMarchi_____          March 9, 2026 _____
**JUDICIAL OFFICER**                    **DATE**