JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DORY LINDSAY FORD,<br><br>Defendant. | No. CR 24-050-EJD (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BOND REVIEW HEARING**<br><br>**Hon. Virginia K. DeMarchi** |

**STIPULATION**

Defendant Dory Lindsay Ford and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the bond review hearing scheduled for March 19, 2026 be continued until April 20, 2026.[1]

The parties make this request because Mr. Ford is currently hospitalized. Undersigned defense counsel is informed that Mr. Ford does not currently have a discharge date scheduled. Accordingly, the parties request the bond review hearing be continued so that Mr. Ford can continue his medical recovery, and so that he may be present at the next hearing and able to engage with the proceedings.

---

[1] The parties have separately filed a stipulation and proposed order requesting a continuance of the change-of-plea hearing scheduled before Judge Davila on March 23, 2026.

STIPULATION AND [PROPOSED] ORDER
CR 24-050 EJD

Counsel have conferred with Pretrial Services Officer Sarai Canales, who concurs with this request.

IT IS SO STIPULATED.

Dated: March 18, 2026                    JODI LINKER
                                         Federal Public Defender


                                         _____/s/_____
                                         DEJAN M. GANTAR
                                         Assistant Federal Public Defender


Dated: March 18, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney


                                         _____/s/_____
                                         NEAL HONG
                                         Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 24-050 EJD

# [~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the Defendant Dory Lindsay Ford, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the bond review hearing scheduled for March 19, 2026 is continued until April 20, 2026.

IT IS SO ORDERED.

DATED:   March 18, 2026

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 24-050 EJD