**PROPOSED ORDER/COVER SHEET**

**TO:**     **Honorable Virginia K. DeMarchi**          **RE:**   **Dory Ford** _____
             **U.S. Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**                       **Docket No.:**   **5:24-cr-00050-EJD-1** _____
             **U.S. Pretrial Services Officer**

**Date:**    **6/15/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Sarai Canales _____          (415) 940-5181 _____

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 ____in person____ on ____June 18, 2026____ at ____1:00 p.m.____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s):

A.

B.

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

*Virginia K. DeMarchi* _____          ____June 15, 2026_____
**JUDICIAL OFFICER**                            **DATE**