**ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Virginia K. DeMarchi**<br>**U.S. Magistrate Judge** | **RE:** | **Dory Lindsay Ford** |
| **FROM:** | **Silvio Lugo, Chief**<br>**U.S. Pretrial Services Officer** | **Docket No.:** | **0971 5:24CR00050** |

**Date:**  **7/2/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                                 408-535-5224

Supervisory U.S. Pretrial Services Officer                 **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5, ___4th Floor___ on ___July 6, 2026___ at ___1:00 p.m.___ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.      The defendant shall not be able to use, consume, or inhale nitrous oxide.

B.      _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____    ___July 2, 2026_____
**JUDICIAL OFFICER**                                      **DATE**