JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DORY LINDSAY FORD,<br><br>Defendant. | No. CR 24-050-EJD (SVK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING** |

**STIPULATION**

Defendant Dory Lindsay Ford and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the bail review hearing scheduled for August 5, 2026 may be continued until August 17, 2026.

The reason for the requested continuance is that Mr. Ford is currently in the hospital.

Counsel have conferred with Pretrial Services Officer Sarai Canales, who concurs with this request.

IT IS SO STIPULATED.

Dated: August 5, 2026

JODI LINKER
Federal Public Defender

__________/s/________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: August 5, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/________________
NEAL HONG
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the Defendant Dory Lindsay Ford, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the bail review hearing scheduled for August 5, 2026 is continued until August 17, 2026.

IT IS SO ORDERED.

DATED: August 5, 2026

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge