JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DORY LINDSAY FORD,<br><br>Defendant. | No. CR 24-050-EJD (VKD)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING** |

## STIPULATION

Defendant Dory Lindsay Ford and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the bail review hearing scheduled for September 23, 2026 may be continued until October 1, 2026.

The reason for the requested continuance is that defense counsel requires additional time to meet and confer with Pretrial Services regarding Mr. Ford's treatment options. To that end, counsel is awaiting on additional information from Pretrial Services, which counsel will need to review with Mr. Ford before the bond hearing.

Counsel have conferred with Pretrial Services, who concurs with this request.

IT IS SO STIPULATED.

Dated: September 22, 2026

JODI LINKER
Federal Public Defender

__________/s/_________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: September 22, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/_________________
NEAL HONG
Assistant United States Attorney

**ORDER (MODIFIED BY THE COURT)**

Upon agreement and stipulation of the Defendant Dory Lindsay Ford, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the bail review hearing scheduled for September 23, 2026 is continued until October 1, 2026. **The bail review hearing will be held on the duty calendar at 1:00 p.m. before Magistrate Judge Cousins.**

IT IS SO ORDERED.

DATED: September 23, 2026

Virginia K. DeMarchi

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge