JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DORY LINDSAY FORD,<br>Defendant. | No. CR 24-050-EJD (SVK)<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING** |

**STIPULATION**

Defendant Dory Lindsay Ford and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the bail review hearing scheduled for October 1, 2026 may be continued until October 5, 2026.

The reason for the requested continuance is that defense counsel requires additional time to meet and confer with Pretrial Services regarding Mr. Ford's treatment options. To that end, counsel is awaiting on additional information from Pretrial Services, which counsel will need to review with Mr. Ford before the bond hearing.

Counsel have conferred with Pretrial Services, who concurs with this request.

IT IS SO STIPULATED.

Dated: September 30, 2026

JODI LINKER
Federal Public Defender

__________/s/________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: September 30, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/________________
NEAL HONG
Assistant United States Attorney

[PROPOSED] **ORDER**

Upon agreement and stipulation of the Defendant Dory Lindsay Ford, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the bail review hearing scheduled for October 1, 2026 is continued until October 5, 2026.

IT IS SO ORDERED.

DATED: September 30, 2026

Susan van Keulen

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge