# PROPOSED ORDER/COVER SHEET

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **Dory Ford**

**FROM:** **Sarai Canales**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-cr-00050-EJD-1**

**Date:** **11/03/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Sarai Canales | (415) 940-5181 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 in person on November 9, 2026 at 1:00 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge __________ Presiding District Court Judge __________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

______________________________

______________________________

______________________________

| Virginia K. DeMarchi | November 3, 2026 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |