JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DORY LINDSAY FORD,<br>Defendant. | No. CR 24-050-EJD (VKD)<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING** |

## STIPULATION

Defendant Dory Lindsay Ford and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the bail review hearing scheduled for November 9, 2026 may be continued until November 10, 2026. The parties further stipulate and agree, with the Court's approval, that the hearing be conducted via Zoom.

The reason for the requested continuance is that Mr. Ford has two medical appointments in Monterey on November 9 that conflict with the currently scheduled hearing. Moreover, Mr. Ford has a series of medical appointments scheduled in Monterey the week of November 9, and he does not have viable transportation from Monterey to San Jose. Accordingly, the parties request the hearing be held via Zoom.

Counsel have conferred with Pretrial Services, who does not oppose this request.

IT IS SO STIPULATED.

Dated: November 8, 2026

JODI LINKER
Federal Public Defender

__________/s/________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: November 8, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/________________
NEAL HONG
Assistant United States Attorney

# [~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the Defendant Dory Lindsay Ford, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the bail review hearing scheduled for November 9, 2026 is continued until November 10, 2026. IT IS FURTHER ORDERED that the hearing on November 10, 2026 will be held via Zoom teleconference.

IT IS SO ORDERED.

DATED: November 8, 2026

Virginia K. DeMarchi

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge