United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DORY LINDSAY FORD,

Defendant.

Case No. 24-cr-00050-EJD-1 (VKD)

**ORDER RE PREPARATION FOR BAIL REVIEW HEARING ON NOVEMBER 18, 2026**

The Court will hold a bail review hearing in this matter on November 18, 2026 to address the violations charged in the November 3, 2026 violation memorandum. *See* Dkt. No. 86. At the hearing, the parties must also be prepared to address the matters in the November 12, 2026 informational memorandum. *See* Dkt. No. 91.

In advance of the November 18, 2026 hearing, defendant and/or his counsel shall provide the contact information for defendant's Mood Health counselor to Officer Canales so that she can confirm the nature and extent of defendant's participation in counseling services. *See* Dkt. No. 91 at 3. In addition, in advance of the hearing, the parties shall confer regarding defendant's medical condition and treatment needs and shall solicit information from the United States Marshal regarding whether, in view of his medical condition and treatment needs, defendant may be detained in custody without endangering his health.

//

//

//

//

**IT IS SO ORDERED.**

Dated: November 13, 2026

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California