United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
DORY LINDSAY FORD,
Defendant.

Case No. 24-cr-00050-EJD-1 (VKD)

**ORDER RE DEFENDANT'S PRIVATE COUNSELING SERVICES; SETTING STATUS CONFERENCE**

Defendant Dory Lindsay Ford appeared for a bail review hearing on November 18, 2026. During the hearing, Pretrial Services confirmed that Mr. Ford has been consistently attending private counseling sessions since October 8, 2026. However, the current release that Mr. Ford has provided limits the information Pretrial Services is permitted to obtain about these sessions. These limitations interfere with Pretrial Services' ability to supervise Mr. Ford. In addition, Pretrial Services advises that Mr. Ford is receiving only mental health treatment, but not substance abuse treatment from his private counseling.

Accordingly, the Court orders defendant to file a memorandum by **November 20, 2026** addressing the following matters:

1. Is defendant receiving substance abuse counseling, as well as mental health counseling, during his weekly counseling session with Mood Health, the private counseling provider? If not, why not? Mr. Ford's existing conditions of release require him to participate in substance abuse treatment, as directed by Pretrial Services. *See* Dkt. No. 19.
2. Defendant shall execute a modified release or provide some other writing sufficient

to permit Pretrial Services to obtain information from Mr. Ford's private counselor regarding his treatment goals and whether he is making progress towards those goals. Such a release/writing shall be provided to Pretrial Services no later than **November 20, 2026**, and defendant's memorandum shall so confirm.

The parties shall appear for a status conference regarding Mr. Ford's compliance with his conditions of release and whether he should be detained pending sentencing on **December 2, 2026 at 1:00 p.m.**, in person, in Courtroom 2, 5th floor, of the San Jose Courthouse.

**IT IS SO ORDERED.**

Dated: November 18, 2026

Virginia K. DeMarchi

VIRGINIA K. DEMARCHI
United States Magistrate Judge